IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,**<br>　　*Debtor.*<br>**WATTSTOCK, LLC,**<br>　　*Plaintiff,*<br>v.<br>**ALTA POWER LLC,**<br>　　*Defendant, Counter-Plaintiff,*<br>　　*and Third-Party Plaintiff,*<br>v.<br>**WATTSTOCK, LLC,**<br>　　*Counter-Defendant,* and<br>**GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,**<br>　　*Third-Party Defendant.* | Case No. 3:23-CV-0270-X |

## **NOTICE OF APPEARANCE OF BRAD G. HUBBARD**

PLEASE TAKE NOTICE that Appellant General Electric International, Inc. ("GE") hereby provides notice that attorney Brad G. Hubbard is appearing as additional counsel of record in this case. GE respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Mr. Hubbard as follows:

　　　　Brad G. Hubbard
　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　2001 Ross Avenue, Suite 2100
　　　　Dallas, TX 75201
　　　　Telephone: 214.698.3326
　　　　Facsimile:  214.571.2900
　　　　bhubbard@gibsondunn.com

Dated:  May 10, 2023 	Respectfully submitted,

 	*/s/   Brad G. Hubbard*
 	Brad G. Hubbard
 	Texas Bar No. 24090174
 	GIBSON, DUNN & CRUTCHER LLP
 	2001 Ross Avenue, Suite 2100
 	Dallas, TX 75201
 	Telephone: 214.698.3326
 	Facsimile:  214.571.2900
 	bhubbard@gibsondunn.com

 	*Attorney for General Electric International, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that, on May 10, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the CM/ECF system of the United States District Court for the Northern District of Texas, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ Brad G. Hubbard
Brad G. Hubbard

*Attorney for General Electric International, Inc.*