# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| WATTSTOCK LLC, | § | Case No. 3:23-CV-0270-X |
| | § | |
| Plaintiff/Counter Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| ALTA POWER LLC, | § | |
| | § | Adv. No. 21-03083 (SGJ) |
| Defendant/Counter Plaintiff. | § | |
| | § | |
| v. | § | |
| | § | |
| GENERAL ELECTRIC INTERNATIONAL | § | |
| INC., d/b/a GE POWER SERVICES, | § | *Removed from the District Court of* |
| | § | *Dallas County, Texas, 116th Judicial* |
| Third-Party Defendant. | § | *District* |
| | § | Case No. DC-20-08331 |

## NOTICE OF APPEARANCE OF JEB GOLINKIN

PLEASE TAKE NOTICE that Alta Power LLC. ("Alta Power") hereby provides notice that attorney Joseph W. ("Jeb") Golinkin II is appearing as additional counsel of record in this case. Alta Power respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Mr. Golinkin as follows:

>Joseph W. ("Jeb") Golinkin II
>State Bar No. 24087596
>Jordan Lynch & Cancienne PLLC
>1980 Post Oak Blvd., Suite 2300
>Houston, Texas 77056
>Telephone: 713-955-4019
>Facsimile: 713-955-4793
>jgolinkin@jlcfirm.com

DATED:  May 19, 2023

    Respectfully submitted,

    JORDAN, LYNCH & CANCIENNE PLLC

By:    *Jeb Golinkin*
    Michael Cancienne
    State Bar No. 24055256
    Joseph W. ("Jeb") Golinkin II
    State Bar No. 24087596
    1980 Post Oak Blvd., Suite 2300
    Houston, Texas 77056
    Telephone: 713-955-4025
    Facsimile: 713-955-4793
    mcancienne@jlcfirm.com
    jgolinkin@jlcfirm.com


    BAKER BOTTS L.L.P.

    Jessica B. Pulliam
    State Bar No. 24037309
    John B. Lawrence
    State Bar No. 24055825
    2001 Ross Avenue, Suite 900
    Dallas, Texas 75201
    Telephone: (214) 953-6500
    Facsimile: (214) 953-6503
    jessica.pulliam@bakerbotts.com
    john.lawrence@bakerbotts.com

    ATTORNEYS FOR ALTA POWER LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2023, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Texas Rules of Civil Procedure.

    */s/ Jeb Golinkin*
    Jeb Golinkin