IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,** *Debtor.* **WATTSTOCK, LLC,** *Plaintiff,* **v.** **ALTA POWER LLC,** *Defendant, Counter-Plaintiff, and Third-Party Plaintiff,* **v.** **WATTSTOCK, LLC,** *Counter-Defendant,* and **GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,** *Third-Party Defendant.* | Case No. 3:23-CV-0270-X |

**JOINT PROPOSAL FOR CONTENTS**
**OF SCHEDULING AND DISCOVERY ORDER**

| | |
|---|---|
| Proposed Date to Complete Discovery | Fact discovery: October 1, 2024 Expert discovery: November 8, 2024 |
| Proposed Trial Date, including the number of trial days and whether a jury has been demanded | Trial Date: April 14, 2025 Number of Trial Days: 14 days Jury demand made |
| Proposed Motion Deadline | Summary Judgment: November 22, 2024 Challenges to experts—including motions to strike or exclude expert witnesses: December 20, 2024 |
| Proposed Deadline to file motions for leave to join other parties | May 8, 2024 |

| | |
|---|---|
| Proposed Deadline to file motions for leave to amend the pleadings | May 8, 2024 |
| Proposed Deadline to Designate Expert Witnesses (including rebuttal experts) | The party with the burden of proof on a claim: August 16, 2024<br><br>Rebuttal designation by the party without the burden of proof on a claim: September 13, 2024 |
| Proposed Deadline to commence settlement negotiations | December 20, 2024 |

1. Status report explaining progress made at the meeting and present status of settlement negotiations:  *The parties are willing to explore settlement discussions.*

2. Advisability of referring the case for mediation:  *The parties are willing to mediate the dispute and believe the mediation will be most fruitful after summary judgment has been fully briefed, but will defer to the Court regarding a specific referral and/or deadline for mediation.*

3. Do the parties consent to trial (jury or non-jury) before a United States Magistrate Judge? *The parties do not consent to a trial before a United States Magistrate Judge.*

4. Proposed plan and schedule for discovery: *The parties refer the Court to the plan and schedule for discovery in the above chart.*

5. Proposed limitations on discovery, if any: *None at this time other than the presumptive limitations in the Federal and Local Rules.*

6. Other proposals regarding scheduling and discovery that the parties believe will facilitate expeditious and orderly preparation for trial, including the parties' positions on a consolidated discovery schedule: *None at this time.*

7. Are the parties considering mediation or arbitration to resolve this litigation, and if not, why not? *The parties are willing to mediate the dispute and believe the mediation will be most fruitful after summary judgment has been fully briefed, but will defer to the Court regarding a specific referral and/or deadline for mediation.*

8. Other matters relevant to the status and disposition of this case: *The parties are aware of no other matters requiring the Court's attention at this time.*

Dated:  April 17, 2024

Respectfully submitted,

 */s/ Andrew LeGrand*
John T. Cox III
   Texas Bar No. 24003722
Andrew LeGrand
   Texas Bar No. 24070132
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Tel:  214.698.3100
*TCox@gibsondunn.com*
*ALegrand@gibsondunn.com*

*Attorneys for General Electric
International, Inc. n/k/a GE Vernova
International LLC*

 */s/ Joseph W. Golinkin II*
Michael Cancienne
   Texas Bar No. 24055256
Joseph W. ("Jeb") Golinkin II
   Texas Bar No. 24087606
JORDAN, LYNCH & CANCIENNE PLLC
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Tel:  713.995.4025
*mcancienne@jlcfirm.com*
*jgolinkin@jlcfirm.com*

Jessica B. Pulliam
   Texas Bar No. 24037309
John Lawrence
   Texas Bar No. 24055825
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Tel:  214.953.6500
*jessica.pulliam@bakerbotts.com*
*john.lawrence@bakerbotts.com*

*Attorneys for Alta Power LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served

on counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/  *Andrew LeGrand*
Andrew LeGrand