IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ALTA POWER LLC,**<br>    *Plaintiff/Counter-Defendant,*<br><br>**v.**<br><br>**GENERAL ELECTRIC INTERNATIONAL, INC., n/k/a GE VERNOVA INTERNATIONAL LLC, d/b/a GE POWER SERVICES,**<br>    *Defendant/Counter-Plaintiff.* | Case No. 3:23-CV-270-X |

**GE Vernova International LLC's
Motion to Compel Discovery**

Pursuant to Federal Rule of Civil Procedure 37(a), Defendant GE Vernova International LLC ("GE") hereby respectfully moves the Court to compel discovery and order that: (1) Alta Power, LLC's ("Alta") objections be overruled for Requests for Production Nos. 81–84, 87–98, 100, 104–07, 110–11, 113–27, 129–30, 136, and 142;  (2) Alta apply a date range for the discovery requests that is consistent with its $320 million lost profits claim and extend to July 2022; and (3) Alta apply the search terms GE requested.  The grounds for this motion are fully set forth in the accompanying opening brief, filed concurrently.

Dated:  June 14, 2024

Respectfully submitted,

 /s/ *Andrew LeGrand*
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
Matthew Capoccia (Tex. Bar No. 24121526)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
Tel:  214.698.3100
*TCox@gibsondunn.com*
*ALegrand@gibsondunn.com*
*MCapoccia@gibsondunn.com*

*Counsel for GE Vernova International LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this filing has been served on counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *Andrew LeGrand*
Andrew LeGrand

*Attorney for GE Vernova International LLC*