IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ALTA POWER LLC,**<br>          *Plaintiff/Counter-Defendant,*<br><br>v.<br><br>**GENERAL ELECTRIC INTERNATIONAL, INC., n/k/a GE VERNOVA INTERNATIONAL LLC, d/b/a GE POWER SERVICES,**<br>          *Defendant/Counter-Plaintiff.* | Case No. 3:23-CV-270-X |

**PROPOSED ORDER GRANTING GE VERNOVA INTERNATIONAL LLC'S EMERGENCY MOTION TO COMPEL DISCOVERY AND FOR RULE 37 SANCTIONS**

Before the Court is GE's opposed emergency motion to compel discovery and for Rule 37 sanctions.  After considering all papers, arguments of counsel, and all other matters presented to the Court in connection herewith, and having given due consideration to this matter, the motion is **GRANTED**, and **IT IS HEREBY ORDERED THAT:**

1. Matthew Laterza shall comply with GE's February 27, 2025 subpoena;

2. William Mars shall comply with GE's February 27, 2025 subpoena;

3. Alta shall produce all of Matthew Laterza's responsive documents previously withheld on the basis of privilege;

4. Quentin Mimms shall be barred from relying on or testifying about documents that were altered or untimely produced in violation of this Court's October 10, 2024 discovery order (Dkt. 66);

5. Alta shall immediately produce the missing International Turbine Services invoice referenced in GE's motion;

6. GE shall have seven additional days to respond to Quentin Mimms's expert report;

7. Alta shall pay GE's attorneys' fees and costs incurred in preparing this motion; and

8. The Court shall hold a status conference with the parties regarding this motion on _____ at _____.

**IT IS SO ORDERED.**

DATED:

_____
THE HONORABLE BRANTLEY STARR
UNITED STATES DISTRICT JUDGE